■ In the Matter of DERRICK R. WILLIAMS, SR., a Suspended Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [28 NYS3d 645]—

Per Curiam. Respondent was admitted to practice by this Court in 2000. In 2001, respondent was admitted to practice in Missouri, where he currently resides.

By order entered June 19, 2008, this Court suspended respondent for one year based upon his January 2008 suspension in Missouri (52 AD3d 1112 [2008]). Thereafter, by order entered May 5, 2011, this Court denied respondent's application for reinstatement, concluding that he had yet to remedy the issues that led to his suspension in Missouri (84 AD3d 1499 [2011]). Respondent was reinstated to the practice of law in Missouri in August 2015. Now, by application sworn to on September 26, 2015, respondent has reapplied for reinstatement to the practice of law in this state. Following an investigation, petitioner advises that it opposes respondent's application.

Upon review of the submissions and consideration of all the circumstances in the record before us, we conclude that respondent has not shown by clear and convincing evidence that he possesses the character and general fitness to resume the practice of law (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.12 [b]). Accordingly, we deny his current application for reinstatement.

Lahtinen, J.P., McCarthy, Rose, Devine and Aarons, JJ., concur. Ordered that respondent's application for reinstatement is denied.